UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| MARK E. PICKFORD, ) | |
| ) | Case No. 05-41597-MSH |
| Debtor. ) | |
| ) | |

## CHAPTER 7 TRUSTEE'S STATUS REPORT

To the Honorable Melvin S. Hoffman, United States Bankruptcy Court Judge for the District of Massachusetts:

Anne J. White, the duly appointed and acting Chapter 7 trustee (the "Trustee") of the estate of Mark E. Pickford (the "Debtor"), hereby submits the following report of the status of this case.

1. On March 22, 2005, the Debtor filed a voluntary petition for relief under the provisions of Chapter 7 of the Bankruptcy Code (11 U.S.C. Section 101 et seq.).

2. On March 24, 2005, the Trustee was appointed as the Debtor's Chapter 7 Trustee by the United States Trustee for Region 1 which includes the District of Massachusetts.

3. The Trustee has completed the collection of assets in this case as well as the claims review process.

4. The Trustee's Final Report Before Distribution was approved by the Court on August 20, 2009. The Trustee has made distributions in this case and is in the process of resolving the administration of three previously uncashed checks.

5. The Trustee anticipates submitted the Trustee's Final Report After Distribution to the United States Trustee's Office promptly. Following review by the United States Trustee's Office, the Trustee anticipates that the United State Trustee will file the Final Report After Distribution with this Court. Thereafter, the case can be closed.

        Respectfully submitted,

        ANNE J. WHITE
        CHAPTER 7 TRUSTEE

        /s/ Anne J. White
        Anne J. White (BBO#524960)
        DEMEO & ASSOCIATES, P.C.
        One Lewis Wharf
        Boston, MA  02110
        Tel: (617) 263-2600
        Fax: (617) 263-2300

Dated: August 19, 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MARK E. PICKFORD, | ) | |
| | ) | Case No. 05-41597-MSH |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Anne J. White, hereby certify that, on this 19th day of August, 2010, I served a copy of the foregoing Chapter 7 Trustee's Status Report to those appearing on the attached Service List via first-class mail, postage pre-paid, unless electronically served by the Court as indicated thereon.

/s/ Anne J. White
Anne J. White (BBO# 524960)
Demeo & Associates, P.C.
One Lewis Wharf
Boston, MA 02110
(617) 263-2600

## SERVICE LIST

Richard King
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608
*(Electronically served by the Court)*

David M. Nickless, Attorney
Nickless & Phillips, PC
625 Main Street
Fitchburg, MA 01420
*(Electronically served by the Court)*

Trevor A. Clement
Law Office of
  Thomas A. Gibbons, P.C.
P.O. Box 372
Ayer, MA 01432
*(Electronically served by the Court)*

Wells Fargo Bank, NA
BDD Bankruptcy
PO Box 53476
Phoenix, AZ 85072

Workers Credit Union
c/o Law Office of
 Thomas A. Gibbons, PC
PO Box 372
Ayer, MA 01432

Mark E Pickford
66 Sawmill Pond Road
Fitchburg, MA 01420